1  KATHERINE M. FORSTER (SBN 217609)
   katherine.forster@mto.com
2  C. HUNTER HAYES (SBN 295085)
   hunter.hayes@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
5  Facsimile:    (213) 687-3702

6  Attorneys for Defendants SEE'S CANDY
   SHOPS, INC. and SEE'S CANDIES, INC.
7
   RANDALL B. AIMAN-SMITH (SBN 124599)
8  ras@asmlawyers.com
   REED W.L. MARCY (SBN 191531)
9  rwlm@asmlawyers.com
   HALLIE VON ROCK (SBN 233152)
10 hvr@asmlawyers.com
   CAREY A. JAMES (SBN 269270)
11 caj@asmlawyers.com
   BRENT A. ROBINSON (SBN 289373)
12 bar@asmlawyers.com
   AIMAN-SMITH & MARCY
13 7677 Oakport St., Suite 1150
   Oakland, CA 94621
14 Telephone:    (510) 817-2711
   Facsimile:    (510) 562-6830
15
   Attorneys for Plaintiff LACI PING
16
   (*Additional counsel listed on next page*)
17

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LACI PING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEE'S CANDY SHOPS, INC., SEE'S CANDIES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:19-cv-02504-RS<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AS MODIFIED BY THE COURT**<br>Judge:    Hon. Richard Seeborg<br>Date:     October 10, 2019<br>Time:     1:30 p.m.<br>Crtrm.:   5<br><br>Trial Date:   None Set |

MALCOLM A. HEINICKE (SBN 194174)
malcolm.heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants SEE'S CANDY
SHOPS, INC. and SEE'S CANDIES, INC.

Plaintiff Laci Ping and Defendants See's Candy Shops, Inc. and See's Candies, Inc., (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on May 9, 2019, Plaintiff filed a Complaint in the above-captioned action (Dkt. No. 1);

2. WHEREAS, on July 17, 2019, Plaintiff filed a First Amended Complaint (Dkt. No. 17);

3. WHEREAS, on August 21, 2019, Defendants filed a Motion to Dismiss the First Amended Complaint (Dkt. No. 25);

4. WHEREAS, the Parties have met and conferred and agreed to engage in mediation prior to resolution of the Motion to Dismiss;

5. WHEREAS, the Parties have met and conferred and agreed to continue the hearing on Defendants' Motion to Dismiss from October 10, 2019, to January 9, 2020, at 1:30 p.m. pending the outcome of mediation;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, subject to the approval of the Court, that:

- The hearing date on the pending Motion to Dismiss filed by Defendants, currently scheduled for October 10, 2019, shall be continued to January 9, 2020;
- Plaintiff's Opposition to the Motion shall be due on or before December 4, 2019;
- Defendants' Reply shall be due on or before December 11, 2019;
- The Case Management Conference presently set for October 10, 2019, shall be continued to January 9, 2020.

| | | |
|---|---|---|
| DATED: September 3, 2019 | | MUNGER, TOLLES & OLSON LLP<br> MALCOLM A. HEINICKE<br> KATHERINE M. FORSTER<br> C. HUNTER HAYES |

By:  */s/ C. Hunter Hayes*
   C. HUNTER HAYES

Attorneys for Defendants See's Candy Shops, Inc. and See's Candies, Inc.

DATED: September 3, 2019     AIMAN-SMITH & MARCY LLP
                   RANDALL B. AIMAN-SMITH
                   REED W.L. MARCY
                   HALLIE VON ROCK
                   CAREY A. JAMES
                   BRENT A. ROBINSON

By:  */s/ Carey A. James*
   CAREY A. JAMES

Attorneys for Plaintiff Laci Ping

### **Attestation re Electronic Signatures**

I, C. HUNTER HAYES, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 3, 2019     MUNGER, TOLLES & OLSON LLP

By:  */s/ C. Hunter Hayes*
   C. HUNTER HAYES

Attorneys for Defendants See's Candy Shops, Inc. and See's Candies, Inc.

**ORDER**

Having read and considered the Stipulation submitted by the Parties in connection with this matter and good cause having been shown, the Court orders:

- The hearing date on the pending Motion to Dismiss filed by Defendants, currently scheduled for October 10, 2019, shall be continued to January 9, 2020;
- Plaintiff's Opposition to the Motion shall be due on or before December 4, 2019;
- Defendants' Reply shall be due on or before December 11, 2019;
- The Case Management Conference presently set for October 10, 2019, shall be continued to January 23, 2020.

**IT IS SO ORDERED.**

Dated: September 4, 2019

_____
Hon. Richard Seeborg