Randall B. Aiman-Smith #124599
Reed W.L. Marcy #191531
Hallie Von Rock #233152
Carey A. James #269270
Brent A. Robinson #289373
**AIMAN-SMITH & MARCY**
7677 Oakport St. Suite 1150
Oakland, CA 94621
T 510.817.2711
F 510.562.6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com
caj@asmlawyers.com
bar@asmlawyers.com

Attorneys for Plaintiffs

Katherine M. Forster # 217609
C. Hunter Hayes # 295085
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071-3426
T 213.683.9100
F 213.687.3702
katherine.forster@mto.com
hunter.hayes@mto.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LACI PING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEE'S CANDY SHOPS, INC., SEE'S CANDIES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-02504-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg<br>Date:      January 9, 2020<br>Time:      1:30 p.m.<br>Courtroom: 3, 17th Floor, San Francisco |

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | Plaintiff Laci Ping ("Plaintiff") and Defendants See's Candy Shops, Inc. and See's Candies, |
| 3 | Inc. (together, "Defendants") (Plaintiff and Defendants together, the "Parties"), by and through their |
| 4 | respective counsel, hereby stipulate as follows: |
| 5 | 1. WHEREAS, on May 9, 2019, Plaintiff filed a Complaint in the above-captioned action |
| 6 | (ECF No. 1); |
| 7 | 2. WHEREAS, on July 17, 2019, Plaintiff filed a First Amended Complaint ("FAC"; ECF |
| 8 | No. 17); |
| 9 | 3. WHEREAS, on August 21, 2019, Defendants filed a Motion to Dismiss the FAC (ECF |
| 10 | No. 25); |
| 11 | 4. WHEREAS, on September 3, 2019, the Parties: (1) informed this Court that they had |
| 12 | agreed to engage in mediation prior to resolution of Defendants' Motion to Dismiss, and (2) requested |
| 13 | that the hearing on Defendants' Motion to Dismiss be continued until January 9, 2020, pending the |
| 14 | outcome of mediation (ECF No. 26); |
| 15 | 5. WHEREAS, on September 4, 2019, the Court granted the Parties' request to continue |
| 16 | the hearing on Defendants' Motion to Dismiss until January 9, 2020 (ECF No. 27); |
| 17 | 6. WHEREAS, since September 4, 2019, the Parties have continued to meet and confer |
| 18 | and have agreed to mediate this matter with a respected mediator, Michael Loeb, and have scheduled a |
| 19 | mediation with Mr. Loeb on January 29, 2020; |
| 20 | 7. WHEREAS, the Parties wish to continue the hearing on Defendants' Motion to Dismiss |
| 21 | until after said mediation to ensure the efficient prosecution of this action and the conservation of the |
| 22 | resources of the Parties and the Court; |
| 23 | IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, subject to the |
| 24 | approval of this Court, that: |
| 25 | • The hearing date on the pending Motion to Dismiss filed by Defendants, currently |
| 26 | scheduled for January 9, 2020, shall be continued to March 19, 2020; |
| 27 | • Plaintiff's Opposition to the Motion shall be due on or before February 20, 2020; |
| 28 | • Defendants' Reply shall be due on or before February 27, 2020; |

**Joint Stipulation and [Proposed] Order to Continue Hearing on Motion to Dismiss FAC**
*Ping, et al. v. See's Candy Shops, Inc., et al.*          Case No. 3:19-cv-02504-RS
**Page 1**

- The Case Management Conference currently set for January 23, 2020, shall be set for March 19, 2020.

Respectfully submitted,

November 8, 2019

AIMAN-SMITH & MARCY
A PROFESSIONAL CORPORATION

/s/ *Carey A. James*

Carey A. James
Attorneys for Plaintiffs

November 8, 2019

**MUNGER, TOLLES & OLSON LLP**

/s/ *C. Hunter Hayes*

C. Hunter Hayes
Attorneys for Defendants

**Joint Stipulation and [Proposed] Order to Continue Hearing on Motion to Dismiss FAC**
*Ping, et al. v. See's Candy Shops, Inc., et al.*        Case No. 3:19-cv-02504-RS
Page 2

# [~~PROPOSED~~] ORDER

Having read and considered the Stipulation submitted by the Parties in connection with this matter and good cause having been shown, the Court orders:

- The hearing date on the pending Motion to Dismiss filed by Defendants, currently scheduled for January 9, 2020, shall be continued to March 19, 2020;
- Plaintiff's Opposition to the Motion shall be due on or before February 20, 2020;
- Defendants' Reply shall be due on or before February 27, 2020;
- The Case Management Conference currently set for January 23, 2020, shall be set for ~~March 19, 2020~~. May 14, 2020 at 10:00 am.

**IT IS SO ORDERED.**

Dated: ___November 6_____, 2019            _____
                                              Hon. Richard Seeborg

**Joint Stipulation and [Proposed] Order to Continue Hearing on Motion to Dismiss FAC**
*Ping, et al. v. See's Candy Shops, Inc., et al.*            Case No. 3:19-cv-02504-RS
Page 1